IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIMI ROSE, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 19-CV-0346 |
| : | |
| NORMAN BAEHR, *et al.*, : | |
|     Defendants. : | |

## ORDER

AND NOW, this 27th day of March, 2019, upon consideration of *pro se* Plaintiff Jimi Rose's Amended Complaint (ECF No. 9), it is **ORDERED** that the Complaint is **DISMISSED with prejudice** as frivolous or, in the alternative, for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), for the reasons set forth in the Court's Memorandum.

The Clerk of Court shall close this case.

                                                **BY THE COURT:**

                                                **/s/ Jeffrey L. Schmehl**
                                                **JEFFREY L. SCHMEHL, J.**